HOLLOWAY *et al. v.* CENTRAL OF GEORGIA RAILWAY COMPANY.

FISH, J. The evidence demanded a verdict in favor of the defendant, and the court, therefore, did not err in so directing.

*Judgment affirmed. All the Justices concurring.*

Argued November 14,— Decided December 12, 1901.

Action for damages. Before Judge Reagan. Pike superior court. April 3, 1901.

*C. J. Lester* and *Allen & Tisinger*, for plaintiffs.
*Hall & Boynton, R. L. Berner*, and *J. F. Redding*, for defendant.